## Commonwealth *v.* Miles, Appellant.

Submitted March 17, 1975. *Ronald A. Blumfield,* and *Blumfield and Perlstein,* for appellant; *William G. Chadwick, Jr., Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ransom, Appellant.

Submitted March 10, 1975. *John R. Gailey, Jr.,* Assistant Public Defender, and *John H. Chronister,* Public Defender, for appellant; *Morrison B. Williams,* Deputy District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.